**COM.**

v.

**MATHUES, W.**

**3193 EDA 2016**

Superior Court of Pennsylvania.

06/15/2017

CP–15–CR–0003397–2015, (Chester)

Affirmed—Application to Withdraw as Counsel Granted

**IN the INTEREST OF: S.J.S., a Minor**

**1363 MDA 2016**

Superior Court of Pennsylvania.

06/15/2017

CP–67–JV–0000571–2016 (York)

Affirmed

**COM.**

v.

**ELDRED, G.**

**431 WDA 2016**

Superior Court of Pennsylvania.

06/15/2017

CP–53–CR–0000059–2013 (Potter)

Reversed/Remanded

**WHITE, J.**

v.

**CITIZENS FOR ORTITAY, J.**

**710 WDA 2016**

Superior Court of Pennsylvania.

06/15/2017

2015–4387 (Washington)

Affirmed

**COM.**

v.

**LOHR, D.**

**886 WDA 2016**

Superior Court of Pennsylvania.

06/15/2017

CP–02–CR–0000452–2015 (Allegheny)

Affirmed